UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAM JACKSON | * | CIVIL ACTION NO. 25-1716 |
| | * | |
| VERSUS | * | SECTION: "M"(1) |
| | * | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | * | JUDGE BARRY W. ASHE |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

Before the Court is the Defendant's Motion to Stay All Deadlines (Rec. Doc. 8) and Motion to Expedite Same (Rec. Doc. 9). Defendant reports that pro se plaintiff Sam Jackson opposes the Motion to Stay.

Mr. Jackson's objection is noted for the record. However, the Court finds there is good cause for a stay that could not be outweighed by any objection. Defendant the Social Security Administration, an agency of the United States government, is represented by the Department of Justice. Due to the lapse in appropriations to the Department (the so-called government shutdown), Department of Justice attorneys are prohibited from working, even on a voluntary basis except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. As a result, counsel for the Defendant cannot file responsive pleadings. If the Defendant's deadline to respond is not extended or stayed, a default judgment in Mr. Jackson's favor could result. Because the stay will be limited to the period of the government shutdown, the Court finds it in the interest of justice to delay these proceedings until Defendant is able to file responsive pleadings. Accordingly,

IT IS ORDERED that the Motion to Expedite (Rec. Doc. 9) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Stay (Rec. Doc. 8) is GRANTED and all deadlines in this matter are hereby stayed until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

IT IS FURTHER ORDERED that Defendant will promptly move to lift the stay when Congress has appropriated funds for the Department and the Court will set new deadlines at that time.

New Orleans, Louisiana, this 7th day of November, 2025.

                                                      Janis van Meerveld
                                        United States Magistrate Judge