UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAM JACKSON | CIVIL ACTION |
| VERSUS | NO. 25-1716 |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION M (1) |

## ORDER

Having considered the complaint, the briefs, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and finding that, as of this date, the parties have filed no objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that the Commissioner's motion to dismiss (R. Doc. 16) is GRANTED, and plaintiff's complaint is dismissed without prejudice for failure to exhaust administrative remedies.

New Orleans, Louisiana, this 6th day of March, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 21.